

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2020

No. 04-19-00728-CV

**IN THE INTEREST OF L.M.D, D.D., AND T.D., CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20628
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time is hereby GRANTED. The Appellee's brief is due on March 13, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court